**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA K. STARR,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 17-1071-JPR<br><br>ORDER DISMISSING ACTION |

　　On July 25, 2017, Defendant filed a motion to dismiss this Social Security appeal as untimely. On August 4, 2017, Plaintiff filed a notice of nonopposition. Accordingly, this action is DISMISSED. LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 7, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE