**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA K. STARR, | Case No. EDCV 17-1071-JPR |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Under the Order Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 7, 2017

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE